## 4
### BROOKLYN EASTERN DISTRICT TERMINAL, Plaintiff in Error, v. Katie DRELLA, as Adm'x, etc., Defendant in Error.

(Circuit Court of Appeals, Second Circuit.
November 19, 1925.)

No. 132.

In Error to the District Court of the United States for the Southern District of New York.

Parsons, Closson & McIlvaine, of New York City (Theodore C. Richards, of New York City, Henry F. Cochrane, of Brooklyn, N. Y., and Henry B. Closson, of New York City, of counsel), for plaintiff in error.

Edward J. McCrossin, of New York City (Paul Koch, of New York City, of counsel), for defendant in error.

Before ROGERS, MANTON, and HAND, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.